IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**TONYA HOWARD and EBONY**                                            **PLAINTIFFS**
**JOHNSON, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                            No. 1:22-cv-2817-MSS

**TATE LEGACY INCORPORATED**                                    **DEFENDANTS**
**and DARLENE TATE**

## JOINT MOTION FOR REFERRAL TO
## MAGISTRATE FOR SETTLEMENT CONFERENCE

Plaintiffs Tonya Howard and Ebony Johnson ("Plaintiffs"), and Defendants Tate Legacy Incorporated and Darlene Tate, ("Defendants"), by and through their undersigned counsel, for their Joint Motion for Referral to Magistrate for Settlement Conference, state as follows:

1. On January 12, 2023, this Court granted Plaintiffs' Unopposed Motion for Conditional Certification. *See* ECF No. 25.

2. The opt-in period closed on May 2, 2023, and no opt-ins have joined the case, meaning that this case is proceeding with Tonya Howard and Ebony Johnson as the only Plaintiffs. *See* ECF No. 28.

3. The Parties have engaged in some discovery and have preliminarily discussed settlement. Based on those discussions, the Parties believe they would benefit from a mediated settlement conference.

4. The Parties now hereby jointly move the Court to refer this case to the

Page 1 of 3
**Tonya Howard, et al. v. Tate Legacy Incorporated, et al.**
**U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-2817-MSS**
**Joint Motion for Referral to Magistrate for Settlement Conference**

magistrate judge for a settlement conference to be held at the magistrate judge's earliest convenience.

5. Furthermore, so that the Parties may attempt to resolve this matter at the settlement conference before incurring additional litigation costs, the Parties respectfully request that the discovery deadline be set 60 days after the Parties have been able to participate in a magistrate settlement conference.

WHEREFORE, the Parties respectfully pray that their Joint Motion for Referral to Magistrate for Settlement Conference be granted in its entirety, that this case be referred to the magistrate for a settlement conference, that the discovery deadline be set 60 days after the Parties have been able to participate in a magistrate settlement conference, and for all other relief the Court may find necessary or proper.

Page 2 of 3
Tonya Howard, et al. v. Tate Legacy Incorporated, et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-2817-MSS
Joint Motion for Referral to Magistrate for Settlement Conference

        Respectfully submitted,

        **TONYA HOWARD and EBONY JOHNSON, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        */s/ Colby Qualls*
        Colby Qualls
        Ark. Bar No. 2019246
        colby@sanfordlawfirm.com

        */s/ Josh Sanford*
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

and    **TATE LEGACY INCORPORATED and DARLENE TATE**

        SMITH ATTORNEYS GROUP AT LAW P.C.
        47 W. Polk Street, Suite 545
        Chicago, Illinois 60605
        Telephone: (708) 433-9138

        */s/ Te D. Smith*
        Te D. Smith
        NJ Bar No. 229812017
        tsmith@saglawpc.com

Page 3 of 3
Tonya Howard, et al. v. Tate Legacy Incorporated, et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-2817-MSS
Joint Motion for Referral to Magistrate for Settlement Conference