IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TONYA HOWARD and EBONY JOHNSON, Each Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFFS** |
| vs.  No. 1:22-cv-2817-MSS | |
| **TATE LEGACY INCORPORATED and DARLENE TATE** | **DEFENDANTS** |

### NOTICE OF JOINT MOTION FOR REFERRAL TO MAGISTRATE FOR SETTLEMENT CONFERENCE

To: The Court and Counsel of Record

PLEASE TAKE NOTICE that on May 11, 2023, at 9:45 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiffs shall appear before the Honorable Judge Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present the Parties' Joint Motion for Referral to Magistrate for Settlement Conference, a copy of which has been filed and served via ECF No. 29.

Page 1 of 2
Tonya Howard, et al. v. Tate Legacy Incorporated, et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-2817-MSS
Notice of Joint Motion for Referral to Magistrate for Settlement Conference

Respectfully submitted,

**TONYA HOWARD and EBONY JOHNSON, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Colby Qualls*_____
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*_____
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Tonya Howard, et al. v. Tate Legacy Incorporated, et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-2817-MSS
Notice of Joint Motion for Referral to Magistrate for Settlement Conference