## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tonya Howard, et al.

                                      Plaintiff,

v.                                                                            Case No.: 1:22−cv−02817
                                                                           Honorable Manish S. Shah

Tate Legacy Incorporated, et al.

                                      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Beth W. Jantz for the purpose of holding proceedings related to: settlement conference. (psm, )Notices mailed.

Dated: May 4, 2023

                                                                                             /s/ Manish S. Shah

                                                                             United States District Judge