## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tonya Howard, et al.
                    Plaintiff,

v.                                          Case No.: 1:22−cv−02817
                                            Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2023:

    MINUTE entry before the Honorable Beth W. Jantz: This case has been referred to Magistrate Judge Jantz to conduct a settlement conference [32]. The parties are directed to review and comply with Magistrate Judge Jantz's Standing Order for Settlement Conferences. A pre−settlement conference call is scheduled for 5/11/2023 at 2:00 p.m. Counsel should come prepared with their clients' availability to set a settlement conference date. To join the conference by phone, dial 888−273−3658 and enter access code 2217918. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.