**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Tonya Howard, et al.
          Plaintiff,

v.                   Case No.: 1:22−cv−02817
                   Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 11, 2023:

  MINUTE entry before the Honorable Beth W. Jantz: Settlement Conference Pre−Call held on 5/11/2023 and continued to 7/7/2023 at 11:00 a.m. The parties are interested in a settlement conference; however, they have not yet formally exchanged settlement positions. Accordingly, the Plaintiff shall make a demand to the Defendant by 6/2/2023, and the Defendant shall make a counteroffer by 6/23/2023. At the next status, the parties shall report on settlement discussions (which they should continue in the meantime), and should come prepared with their clients' availability to set a settlement conference date, should one still be necessary. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.