## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tonya Howard, et al.
                              Plaintiff,

v.
                                                                                    Case No.: 1:22–cv–02817
                                                                      Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 7, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: Settlement conference pre−call held on 7/7/2023 and continued to 9/6/2023 at 11:00 a.m. The parties report they are actively exchanging settlement offers and the parties would like more time to negotiate between themselves. The parties should contact the Court ahead of the next status if they are interested in pursuing settlement negotiations with the Court's assistance. At the next status, the parties will need to report that a settlement has been reached, that they would like to schedule a settlement conference with the Court, or that they intend to move on to discovery. To join the 9/6/2023 status conference by phone, dial 888−273−3658 and enter access code 2217918. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.