IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**TONYA HOWARD and EBONY**
**JOHNSON, Each Individually and on**          **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

vs.          No. 1:22-cv-2817-MSS

**TATE LEGACY INCORPORATED**          **DEFENDANTS**
**and DARLENE TATE**

## JOINT STATUS REPORT

Plaintiffs Tonya Howard and Ebony Johnson ("Plaintiffs"), and Defendants Tate Legacy Incorporated and Darlene Tate, ("Defendants"), by and through their undersigned counsel, submit the following Joint Status Report:

1. Pursuant to the Minute Order on June 7, 2023 (ECF No. 37), the Parties are filing a joint status report.

2. The Parties have been actively exchanging settlement offers in preparation for a settlement conference with Magistrate Judge Jantz, as was ordered by Magistrate Judge Jantz on May 11, 2023. ECF No. 35.

3. On July 7, 2023, Magistrate Judge Jantz held a status hearing with the Parties. ECF No. 38. The Parties reported to Magistrate Judge Jantz that they were still in the midst of negotiations and requested additional time to continue negotiations amongst themselves.

4. Magistrate Judge Jantz set a status hearing date for September 6, 2023, and ordered the Parties to be prepared to either report that a settlement has been

reached, that they are ready to schedule the actual settlement conference, or that the Parties will continue to litigate the case. *Id.*

5. The Parties are optimistic that they may be able to reach a settlement in principle prior to the scheduled status hearing date of September 6, 2023. Defendants made a counteroffer to Plaintiffs after the status hearing on July 7 that Plaintiffs are currently evaluating.

6. The Parties will continue to negotiate until they either settle or reach an impasse. If the Parties reach an impasse prior to the September 6, 2023, status hearing, but still believe that a settlement conference would be helpful, the Parties, as directed by Magistrate Judge Jantz, will reach out to Magistrate Judge Jantz prior to the status hearing to request her assistance. ECF No. 38.

Respectfully submitted,

**TONYA HOWARD and EBONY JOHNSON, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

    and    **TATE LEGACY INCORPORATED and DARLENE TATE**

SMITH ATTORNEYS GROUP AT LAW P.C.
47 W. Polk Street, Suite 545
Chicago, Illinois 60605
Telephone: (708) 433-9138

*/s/ Te D. Smith*
Te D. Smith
NJ Bar No. 229812017
tsmith@saglawpc.com