IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**TONYA HOWARD and EBONY**                      **PLAINTIFFS**
**JOHNSON, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                No. 1:22-cv-2817-MSS

**TATE LEGACY INCORPORATED**               **DEFENDANTS**
**and DARLENE TATE**

### UNOPPOSED MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

Attorney Colby Qualls, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiffs, states as follows:

1. The undersigned has resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2. Josh Sanford and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for Plaintiffs.

3. The undersigned conferred with counsel for Defendants and this motion is unopposed.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Colby Qualls withdrawn and terminated as counsel for Plaintiffs.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

Te D. Smith, Esq.
SMITH ATTORNEYS GROUP AT LAW P.C.
47 W. Polk Street, Suite 545
Chicago, IL 60605
(708) 433-9138
tsmith@saglawpc.com

*/s/ Colby Qualls*
**Colby Qualls**