IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TONYA HOWARD and EBONY JOHNSON, Each Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFFS** |
| vs. | No. 1:22-cv-2817-MSS |
| **TATE LEGACY INCORPORATED and DARLENE TATE** | **DEFENDANTS** |

### NOTICE OF UNOPPOSED MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

To: The Court and Counsel of Record

PLEASE TAKE NOTICE that on August 16, 2023, at 9:45 a.m., or as soon thereafter as counsel may be heard, Attorney Colby Qualls, counsel for Plaintiffs, shall appear before the Honorable Judge Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present his Unopposed Motion to Withdraw as counsel, a copy of which has been filed and served via ECF No. 43.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

Te D. Smith, Esq.
SMITH ATTORNEYS GROUP AT LAW P.C.
47 W. Polk Street, Suite 545
Chicago, IL 60605
(708) 433-9138
tsmith@saglawpc.com

*/s/ Colby Qualls*
**Colby Qualls**