# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tonya Howard, et al.
                          Plaintiff,

v.                                              Case No.: 1:22−cv−02817
                                                Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 15, 2023:

    MINUTE entry before the Honorable Manish S. Shah: The motion to withdraw as attorney [43] is granted, and no appearance on 8/16/23 is necessary. Colby Qualls is terminated as counsel of record. Notices mailed. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.