IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**TONYA HOWARD and EBONY
JOHNSON, Each Individually and on**     **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

vs.     No. 1:22-cv-2817-MSS

**TATE LEGACY INCORPORATED**     **DEFENDANTS**
**and DARLENE TATE**

### JOINT MOTION FOR REFERRAL TO MAGISTRATE
### JUDGE FOR TELEPHONIC SETTLEMENT CONFERENCE

COME NOW Plaintiffs Tonya Howard and Ebony Johnson and Defendants Tate Legacy Inc., and Darlene Tate, by and through their undersigned counsel, and for their Joint Motion for Referral to Magistrate for Settlement Conference, they do hereby state and allege as follows:

1. On September 12, 2023, the Parties informed this Court that they had reached a settlement in principle that would resolve all claims asserted by Plaintiffs. *See* ECF No. 48.

2. The Parties have exchanged drafts of a settlement agreement and have reached an impasse regarding the settlement terms to be included therein. Accordingly, the Parties believe it would be productive to participate in a settlement conference in order to attempt to resolve their disagreements without the need for additional discovery and litigation costs.

Page 1 of 2
Tonya Howard, et al. v. Tate Legacy Incorporated, et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-2817-MSS
Joint Motion for Referral to Magistrate Judge for Telephonic Settlement Conference

3. The Parties now hereby jointly move the Court to refer this case to a magistrate judge for a telephonic settlement conference to be held at the magistrate judge's earliest convenience.

WHEREFORE, the Parties respectfully pray that their Joint Motion for Referral to Magistrate for Telephonic Settlement Conference be granted in its entirety, that this case be referred to a magistrate for a settlement conference, and for all other relief the Court may find necessary or proper.

Respectfully submitted,

**TONYA HOWARD and EBONY JOHNSON, PLAINTIFFS**

SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and **TATE LEGACY INCORPORATED and DARLENE TATE**

SMITH ATTORNEYS GROUP AT LAW P.C.
47 W. Polk Street, Suite 545
Chicago, Illinois 60605
Telephone: (708) 433-9138

*/s/ Te D. Smith*
Te D. Smith
NJ Bar No. 229812017
tsmith@saglawpc.com

Page 2 of 2
Tonya Howard, et al. v. Tate Legacy Incorporated, et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-2817-MSS
Joint Motion for Referral to Magistrate Judge for Telephonic Settlement Conference