**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Tonya Howard, et al.
                              Plaintiff,

v.                                                          Case No.: 1:22−cv−02817
                                                               Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: The Parties' Joint Motion [49] for a settlement conference is granted to the extent that the status hearing set for 10/11/2023 at 11:00 a.m. is converted to a settlement conference pre−call, for planning purposes. To join the settlement conference pre−call, dial 888−273−3658 and enter access code 2217918. The parties are directed to review and comply with Magistrate Judge Jantz's Standing Order for Settlement Conferences. The parties will have the choice to participate in a settlement conference by video or in person, participating by phone is not permitted. The attorneys should call into the pre−call with their clients' availability for November and December. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.