# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tonya Howard, et al.
                                         Plaintiff,

v.                                                                                  Case No.: 1:22−cv−02817
                                                                                  Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 11, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: Settlement Conference pre−call held on 10/11/2023. Plaintiff's counsel does not call in. Defense counsel reports that the parties are still negotiating a specific term of settlement. Unless the Court receives an objection from Plaintiff's counsel, the Court will hold ex parte calls on settlement with both parties, to assist with the remaining settlement negotiation points. The Court will email the parties with available dates to conduct ex parte calls. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.