# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tonya Howard, et al.
                                    Plaintiff,

v.                                                       Case No.: 1:22−cv−02817
                                                         Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 17, 2023:

  MINUTE entry before the Honorable Beth W. Jantz: The Court obtained permission from the parties to have ex parte calls on settlement as needed [51]. An ex parte call with Plaintiff is scheduled for 10/30/2023 at 1:30 p.m. A ex parte call with Defense is scheduled for 11/1/2023 at 11:00 a.m. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.