UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Tonya Howard, et al.
                              Plaintiff,

v.                                                Case No.: 1:22−cv−02817
                                                            Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 30, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: With prior permission of the parties, an ex parte call re settlement held with Plaintiff's counsel on 10/30/23. The ex parte call re settlement with Defendant's counsel scheduled for 11/1/23 at 11:00 a.m. stands. Another ex parte call re settlement with Plaintiff's counsel is scheduled for 11/1/23 at 12:45 p.m. Central. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.