**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Tonya Howard, et al.
                            Plaintiff,

v.                                             Case No.: 1:22−cv−02817
                                                          Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 1, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: With prior permission of the parties, an ex parte call re settlement was held with Defendants' counsel on 11/1/23. The ex parte call re settlement with Plaintiff's counsel scheduled for 11/1/23 was not able to go forward due to technical issues on the Court's part. Plaintiff's counsel should email the Court (Chambers_Jantz@ilnd.uscourts.gov) to reschedule the ex parte call re settlement. As discussed on the ex parte call with defense counsel, each party is to email to this Court (Settlement_Correspondence_Jantz@ilnd.uscourt s.gov) by 11/8/23 an up to 2−page statement with a case overview and their current settlement position. An ex parte call with defense counsel and the individual defendant is scheduled for 11/17/23 at 3pm Central. Defense counsel to email this Court's courtroom deputy with contact information for this call by 11/15/23. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.