## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tonya Howard, et al.

                                      Plaintiff,

v.                                                       Case No.: 1:22−cv−02817

                                                                Honorable Manish S. Shah

Tate Legacy Incorporated, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 3, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: The ex parte call with Plaintiff's counsel is rescheduled to 11/7/2023 at 2:30 p.m. Central. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.