**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Tonya Howard, et al.
                                  Plaintiff,

v.                                                     Case No.: 1:22−cv−02817
                                                           Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 9, 2023:

       MINUTE entry before the Honorable Beth W. Jantz: The Court did not receive Defendants' position statement by the 11/8/23 due date [54]. Defendants are to email this Court (Settlement_Correspondence_Jantz@ilnd.uscourts.gov) by 3:00 p.m. Central on 11/13/23 an up to 2−page statement with a case overview and their current settlement position. The 11/17/23 ex parte call with defense counsel and the individual Defendant stands for now but will be stricken unless the defense's statement is timely submitted by 11/13/23. Defense counsel also is to email this Court's courtroom deputy with contact information for the 11/17/23 call by 11/15/23. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.