**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Tonya Howard, et al.
                                        Plaintiff,

v.                                                                                              Case No.: 1:22−cv−02817
                                                                                                Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 13, 2023:

MINUTE entry before the Honorable Beth W. Jantz: Defense Counsel has missed the deadline once again for their 2−page statement with a case overview and their current settlement position. Accordingly, the 11/17/2023 ex parte call is cancelled and converted to telephonic status hearing for both parties on 11/17/2023 at 10:15 a.m. To join the 11/17/2023 status conference by phone, dial 888−273−3658 and enter access code 2217918. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.