# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Tonya Howard, et al.
                                          Plaintiff,

v.                                                        Case No.: 1:22−cv−02817
                                                          Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                                          Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 17, 2023:

    MINUTE entry before the Honorable Beth W. Jantz: With prior permission of the parties, and at the email request of defense counsel, an ex parte call re settlement was held with Defendants' counsel on 11/17/23. The Court has now received the 2−page statement with a case overview and their current settlement position from each side. An ex parte call with defense counsel and the individual defendant is re−scheduled for 11/30/23 at 10:30 a.m. Central. Mailed notice. (as, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.