

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton    312-435-5670
Clerk

Date: 11/21/2023    Case Number: 1:22-cv-02817

Case Title: Howard et al v. Tate Legacy Jr    Judge: Beth W. Jantz

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document # [ 61   ].

■ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion)
☐ The document is on the correct case but the case number and title do not match.
☐ The incorrect document [pdf] was linked to the entry.
☐ The incorrect file date was entered.
☐ The incorrect event was used. The title of the document does not match the text of the entry.
☐ The entry is a duplicate of entry [   ].
☐ Other:

**Corrective action taken by the Clerk:**

☐ The text of the entry has been replaced with *Entered in Error*.
☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.
☐ The correct document [pdf] has been re-filed.
☐ The file date has been corrected.
■ The text of the entry has been edited to reflect    Entered in error. See [62].
☐ The text of the entry has been edited to read, *Duplicate filing of document number [   ]*.
☐ Other:

**Corrective action required by the filer:**

☐ Counsel must re-file the document
☐ Other:

Thomas G. Bruton, Clerk
By: /s/ A.J. Squillante
Deputy Clerk

Rev. 8/13/18