# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tonya Howard, et al.
                                        Plaintiff,

v.                                                                                                             Case No.: 1:22–cv–02817
                                                                                                                    Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: This court is in receipt of and has reviewed both parties' settlement position statements. By the close of business on 11/28/23, plaintiffs' counsel is to email to this court's settlement inbox (Settlement_Correspondence_Jantz@ilnd.uscourt s.gov) a copy of the email string(s) they think established a settlement in this case, copying opposing counsel. The ex parte call with the defendant and defense counsel remains scheduled for 11/30/23. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.