UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Tonya Howard, et al.
                                   Plaintiff,

v.                                                           Case No.: 1:22−cv−02817
                                                             Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                                   Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 28, 2023:

    MINUTE entry before the Honorable Beth W. Jantz: With prior permission of the parties, an ex parte call regarding settlement with Plaintiff's counsel held on 12/28/2023. As discussed on the call, Plaintiff's counsel is to update this Court by 1/4/24 via email to (Settlement_Correspondence_Jantz@ilnd.uscourt s.gov). Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.