## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tonya Howard, et al.
                              Plaintiff,

v.                                                Case No.: 1:22−cv−02817
                                                  Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2024:

    MINUTE entry before the Honorable Beth W. Jantz: The Court received a response by email from defense counsel on 1/17/24. The Court sent an email to plaintiffs' counsel on 1/20/24. Plaintiffs' counsel is to respond to this Court (Settlement_Correspondence_Jantz@ilnd.uscourt s.gov) by the close of business on 1/25/24. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.