**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Tonya Howard, et al.
                                           Plaintiff,

v.                                                                      Case No.: 1:22−cv−02817
                                                                                Honorable Manish S. Shah

Tate Legacy Incorporated, et al.
                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 22, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: The parties have reached an agreement to settle this case. Counsel are to discuss between themselves who will do the first draft of the settlement paperwork. A telephonic status hearing is set on 2/27/2024 at 10:30 a.m. To join the telephone status hearing, dial 888−273−3658 and enter access code 2217918. The status hearing will be cancelled and no one need call in if a stipulation to dismiss is filed with the District Judge prior to the hearing. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.