IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**TONYA HOWARD and EBONY
JOHNSON, Each Individually and on
Behalf of All Others Similarly Situated**     **PLAINTIFFS**

vs.     No. 1:22-cv-2817-BWJ

**TATE LEGACY INCORPORATED
and DARLENE TATE**     **DEFENDANTS**

### JOINT MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT PAPERS

Plaintiffs Tonya Howard and Ebony Johnson, and Defendants Tate Legacy Incorporated and Darlene Tate, by and through their undersigned attorneys, for their Motion for Extension of Time to File Settlement Papers, state and allege as follows:

1. On January 10, 2024, the Parties participated in a settlement conference before United States Magistrate Judge Beth W. Jantz, during which the Parties were successful in their efforts to reach a settlement in principle of the case.

2. During the February 27, 2024 status hearing, the Parties updated the Court on the progress of settlement execution. The Court set the deadline for the Parties' submission of a motion for settlement approval as March 12, 2024. *See* ECF No. 82.

3. The Parties have drafted and finalized a settlement agreement document and the Plaintiffs have signed it.

4. However, the Parties need additional time to obtain the Defendants' signatures and to edit the Motion for Approval to the satisfaction of both Parties.

Page 1 of 3
Tonya Howard, et al. v. Tate Legacy Incorporated, et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-2817-BWJ
Joint Motion for Extension of Time to File Settlement Papers

5. Accordingly, Plaintiff requests that the Court allow them an additional seven (7) days from the filing of this Motion for Extension to fully execute their agreement and file settlement papers.

6. This extension is sought in good faith for the purpose of efficiently resolving the case, and not for delay.

WHEREFORE, premises considered, Plaintiff prays that this Court extend the deadline for the Parties to file their settlement documents for seven (7) days, to March 19, 2024.

                Respectfully submitted,

                **TONYA HOWARD and EBONY JOHNSON, PLAINTIFFS**

                SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **TATE LEGACY INCORPORATED and DARLENE TATE**

SMITH ATTORNEYS
GROUP AT LAW P.C.
47 W. Polk Street, Suite 545
Chicago, Illinois 60605
Telephone: (708) 433-9138

*/s/ Te D. Smith*
Te D. Smith
NJ Bar No. 229812017
tsmith@saglawpc.com

Page 2 of 3
Tonya Howard, et al. v. Tate Legacy Incorporated, et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-2817-BWJ
Joint Motion for Extension of Time to File Settlement Papers

## **CERTIFICATE OF SERVICE**

      I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing was filed via the CM/ECF system, which will provide notice to the following attorney of record:

Te D. Smith  
SMITH ATTORNEYS GROUP AT LAW P.C.  
47 W. Polk Street, Suite 545  
Chicago, Illinois 60605  
Telephone: (708) 433-9138  
tsmith@saglawpc.com

                                                      */s/ Josh Sanford*  
                                                      **Josh Sanford**

Page 3 of 3  
Tonya Howard, et al. v. Tate Legacy Incorporated, et al.  
U.S.D.C. (N.D. Ill.) No. 1:22-cv-2817-BWJ  
Joint Motion for Extension of Time to File Settlement Papers