IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TONYA HOWARD and EBONY JOHNSON, Each Individually and on Behalf of All Others Similarly Situated** | | **PLAINTIFFS** |
| vs. | No. 1:22-cv-2817-BWJ | |
| **TATE LEGACY INCORPORATED and DARLENE TATE** | | **DEFENDANTS** |

## ORDER GRANTING MOTION FOR APPROVAL

Having considered Plaintiffs and Defendants' Joint Motion for Approval of Settlement (ECF No. 85), this Court hereby **GRANTS** the Motion and finds as follows:

1. The Settlement Agreement of the Parties is fair, adequate, and reasonable resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and thus, the Settlement Agreement is **APPROVED**.

2. Consistent with the terms of the Parties' Settlement Agreement, Defendants will pay Plaintiffs and Plaintiffs' counsel the total sum of $40,000.00, in the form of four yearly payments of $10,000.00 beginning on April 1, 2024.

3. This matter is **DISMISSED** with prejudice.

DATED this 25th day of March 2024.

*/s/ Beth W. Jantz*

**HON. BETH W. JANTZ**
**UNITED STATES MAGISTRATE JUDGE**